IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TITUS HENDERSON and RONALD BRANCH,

    Plaintiffs,

v.

TEXTBEHIND, et al.

    Defendants.

ORDER

Case No. 23-cv-2-jdp

---

Plaintiffs Titus Henderson and Ronald Branch have filed a proposed civil complaint. Plaintiff Henderson, a prisoner in the custody of the Wisconsin Department of Corrections, has not paid the $402 filing fee nor asked for leave to proceed without prepayment of fees or costs. In the event that plaintiff Henderson wishes to proceed without prepayment of the filing fee, the enclosed petition and affidavit must be completed to determine whether plaintiff qualifies as indigent.

A motion for leave to proceed without prepayment of the filing fee must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2).

ORDER

IT IS ORDERED that plaintiff Titus Henderson may have until January 25, 2023, in which to either pay the $402 filing fee or to submit an affidavit of indigency and return it to

the court. If, by January 25, 2023, plaintiff Henderson fails to respond to this order, I will assume that plaintiff Henderson wishes to withdraw from this action voluntarily.

Entered this 4th day of January, 2023.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

TITUS HENDERSON, et al.

    Plaintiffs,

v.

TEXTBEHIND, et al.

    Defendants.

ORDER

Case No.  23-cv-2-jdp

**PRISONER REQUEST TO PROCEED IN DISTRICT COURT**
**WITHOUT PREPAYING THE FULL FILING FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**    **Personal Information**

1) Your name: _____

   (a) State the place of your incarceration and provide your prisoner identification number:

   _____    _____
              (place)                                            (number)

   (b) Are you employed at the institution?    ☐ Yes    ☐ No

   (c) Do you receive any payment from the institution?    ☐ Yes    ☐ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2) Do you have any dependents that you are responsible for supporting?

   ☐ Yes    ☐ No

   If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.**   **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1 )   Do you own a car?

   □ Yes      □ No               If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2)   Do you own your home(s)?      □ Yes      □ No

   If "Yes," state the approximate value(s).   $ _____

   What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?   $ _____

3)   Do you have any cash or checking, savings, or other similar accounts?
   □ Yes      □ No

   If "Yes," state the total of such sums.   $ _____

4)   Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

   □ Yes      □ No

   If "Yes," describe the property and the approximate value(s).

   _____

   _____

**III.	Litigation History**

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| **Case Name**<br>**(Plaintiffs and defendants)** | **Case number**<br>**(or year of filing)** | **Federal district** |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IV.	Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint.  I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_____        _____
Date                                                              **Signature - Signed Under Penalty of Perjury**